**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emma Shaw-Camara aka Emma Shaw aka Emma Camara aka Emma Stroud | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 21-11914 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
23 Aug 2021, 13:57:19, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322