

User : Emma Camara
Company :CHILDREN AND ADULT DISABILITY AND EDUCATIONAL SERVICES
Since:11:50:58 AM

HomeEmployeeXperience

- Your Last Check
- Benefits
  BenefitsDependents
- 
- Communications
  Communication PreferencesGeneral DocumentsYour DocumentsYour Messages
- Profile
  Your ProfilePayroll InformationTax ProfileScheduled DeductionsPerformance ReviewsTime Off SummaryPay HistoryEmergency ContactsDirect Deposits
- Reports
  Your ReportsYour W2s
- Account
  Launch Time SystemChange PasswordChange Password QuestionTwo Factor AuthenticationYour Signature Terms & ServicesTipsOffersHelpLogout
- Logout

[ Back to all Checks ]

|  |  |
|---|---|
| Check Number | 7832299 |
| Check Date | 05-28-2021 |
| Pay Period | 05-02-2021 - 05-15-2021 |
| Gross Amount | 1,687.77 |
| Taxes | 380.56 |
| Deductions | 25.00 |
| Net Amount | 1,282.21 |
| Direct Deposit Amount | 1,282.21 |
| Check Amount | 0.00 |

005482 Emma Camara

| Period Begin | Period End | Pay Group | Pay Rate | Check Date | Check Number |
|---|---|---|---|---|---|
| 05-02-2021 | 05-15-2021 | Hourly | 14.41 | 05-28-2021 | 7832299 |

Earnings:

| Earning | Rate | Current Units | Current Amount | YTD Units | YTD Amount |
|---|---|---|---|---|---|
| Overtime |  | 18.25 | 394.47 | 587.75 | 12,183.11 |
| Regular |  | 77.75 | 1,120.38 | 868.25 | 11,904.78 |
| Vacation |  | 12.00 | 172.92 | 36.00 | 502.20 |
| Total Earnings: |  | 108.00 | 1,687.77 | 1,712.67 | 28,281.34 |

Taxes:

| Employee Taxes | | | Employer Taxes | | |
|---|---|---|---|---|---|
| Tax | Amount | YTD Amount | Tax | Amount | YTD Amount |
| (PA-LST-230401) HAVERFORD TWP-HAVERFORD TWP S D | 2.00 | 22.00 | Fica MC Employer | 24.11 | 406.44 |
| Federal W/T | 133.96 | 3,242.91 | Fica SS Employer | 103.09 | 1,737.93 |
| Fica Medicare | 24.11 | 406.44 | Pennsylvania SUI Employer | 0.00 | 0.00 |
| Fica Social Security | 103.09 | 1,737.93 | | | |
| PA City of Philadelphia W/T | 65.34 | 1,094.84 | | | |
| Pennsylvania SUI | 1.01 | 16.97 | | | |
| Pennsylvania W/T | 51.05 | 860.57 | | | |

Employee Total: 380.56                                      Employer Total: 127.20
              Total Check Taxes: 507.76
Employee YTD Total: 7,381.66                                Employer YTD Total: 2,144.37

Total YTD Taxes: 9,526.09

Deductions:

Employee Deductions

| Deduction | Amount | YTD Amount |
|---|---|---|
| Cigna Standard Plan 125 | 25.00 | 250.00 |
| Lincoln | | 0.00 |

Employee Total: 25.00

Total Deductions: 25.00

Employee YTD Total: 250.00

Total YTD Deductions: 250.00

Direct Deposits:

| Bank Name | Acct. Number | Routing Number | Amount |
|---|---|---|---|
| | | | 1,282.21 |

| Gross Amount | Total Employee Taxes | Total Deductions | Net Amount | Direct Deposit Amount | Check Amount |
|---|---|---|---|---|---|
| 1,687.77 | 380.56 | 25.00 | 1,282.21 | 1,282.21 | 0.00 |

[Back to all Checks]

© 2001- 2021 Primepoint, LLC.

User: Emma Camara
Company: CHILDREN AND ADULT DISABILITY AND EDUCATIONAL SERVICES
Since: 11:50:58 AM

HomeEmployeeXperience

- Your Last Check
- Benefits
  BenefitsDependents
- 
- Communications
  Communication PreferencesGeneral DocumentsYour DocumentsYour Messages
- Profile
  Your ProfilePayroll InformationTax ProfileScheduled DeductionsPerformance ReviewsTime Off SummaryPay HistoryEmergency ContactsDirect Deposits
- Reports
  Your ReportsYour W2s
- Account
  Launch Time SystemChange PasswordChange Password QuestionTwo Factor AuthenticationYour Signature Terms & ServicesTipsOffersHelpLogout
- Logout

[Back to all Checks]

| | |
|---|---|
| Check Number | 7855057 |
| Check Date | 06-11-2021 |
| Pay Period | 05-16-2021 - 05-29-2021 |
| Gross Amount | 1,909.33 |
| Taxes | 439.60 |
| Deductions | 25.00 |
| Net Amount | 1,444.73 |
| Direct Deposit Amount | 1,444.73 |
| Check Amount | 0.00 |

005482 Emma Camara

| Period Begin | Period End | Pay Group | Pay Rate | Check Date | Check Number |
|---|---|---|---|---|---|
| 05-16-2021 | 05-29-2021 | Hourly | 14.41 | 06-11-2021 | 7855057 |

Earnings:

| Earning | Rate | Current Units | Current Amount | YTD Units | YTD Amount |
|---|---|---|---|---|---|
| Overtime | | 35.00 | 756.53 | 622.75 | 12,939.64 |
| Regular | | 80.00 | 1,152.80 | 948.25 | 13,057.58 |
| Total Earnings: | | 115.00 | 1,909.33 | 1,827.67 | 30,190.67 |

Taxes:

| Employee Taxes | | | Employer Taxes | | |
|---|---|---|---|---|---|
| Tax | Amount | YTD Amount | Tax | Amount | YTD Amount |
| (PA-LST-230401) HAVERFORD TWP-HAVERFORD TWP S D | 2.00 | 24.00 | Fica MC Employer | 27.32 | 433.76 |
| Federal W/T | 160.54 | 3,403.45 | Fica SS Employer | 116.83 | 1,854.76 |
| Fica Medicare | 27.32 | 433.76 | Pennsylvania SUI Employer | 0.00 | 0.00 |
| Fica Social Security | 116.83 | 1,854.76 | | | |
| PA City of Philadelphia W/T | 73.91 | 1,168.75 | | | |
| Pennsylvania SUI | 1.15 | 18.12 | | | |
| Pennsylvania W/T | 57.85 | 918.42 | | | |

Employee Total: 439.60    Employer Total: 144.15

Total Check Taxes: 583.75

Employee YTD Total: 7,821.26    Employer YTD Total: 2,288.52

Total YTD Taxes: 10,109.78

Deductions:

Employee Deductions

| Deduction | Amount | YTD Amount |
|---|---|---|
| Cigna Standard Plan 125 | 25.00 | 275.00 |
| Lincoln | | 0.00 |

Employee Total: 25.00
Total Deductions: 25.00
Employee YTD Total: 275.00
Total YTD Deductions: 275.00

Direct Deposits:

| Bank Name | Acct. Number | Routing Number | Amount |
|---|---|---|---|
| | | | 1,444.73 |

| Gross Amount | Total Employee Taxes | Total Deductions | Net Amount | Direct Deposit Amount | Check Amount |
|---|---|---|---|---|---|
| 1,909.33 | 439.60 | 25.00 | 1,444.73 | 1,444.73 | 0.00 |

Back to all Checks

© 2001- 2021 Primepoint, LLC.

6/28/2021 Case 21-11914-mdc    Doc 16    Filed 08/24/21    Entered 08/24/21 13:16:41    Desc Main
Document    Page 5 of 8

Employee Xperience

User: Emma Camara
Company: CHILDREN AND ADULT DISABILITY AND EDUCATIONAL SERVICES
Since: 11:50:58 AM

HomeEmployeeXperience

- Your Last Check
- Benefits
  BenefitsDependents
- 
- Communications
  Communication PreferencesGeneral DocumentsYour DocumentsYour Messages
- Profile
  Your ProfilePayroll InformationTax ProfileScheduled DeductionsPerformance ReviewsTime Off SummaryPay HistoryEmergency ContactsDirect Deposits
- Reports
  Your ReportsYour W2s
- Account
  Launch Time SystemChange PasswordChange Password QuestionTwo Factor AuthenticationYour Signature Terms & ServicesTipsOffersHelpLogout
- Logout

⟲ Back to all Checks

| | |
|---|---|
| Check Number | 7879287 |
| Check Date | 06-25-2021 |
| Pay Period | 05-30-2021 - 06-12-2021 |
| Gross Amount | 2,047.71 |
| Taxes | 476.49 |
| Deductions | 25.00 |
| Net Amount | 1,546.22 |
| Direct Deposit Amount | 1,546.22 |
| Check Amount | 0.00 |

005482 Emma Camara

| Period Begin | Period End | Pay Group | Pay Rate | Check Date | Check Number |
|---|---|---|---|---|---|
| 05-30-2021 | 06-12-2021 | Hourly | `14.41 | 06-25-2021 | 7879287 |

Earnings:

| Earning | Rate | Current Units | Current Amount | YTD Units | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | 8.00 | 115.28 | 64.00 | 883.60 |
| Holiday Worked | | 6.00 | 129.69 | 33.50 | 695.65 |
| Other/Misc | | | 450.00 | 0.00 | 925.00 |
| Overtime | | 13.25 | 286.40 | 636.00 | 13,226.04 |
| Regular | | 74.00 | 1,066.34 | 1,022.25 | 14,123.92 |
| Total Earnings: | | 101.25 | 2,047.71 | 1,928.92 | 32,238.38 |

Taxes:

| Employee Taxes | | | Employer Taxes | | |
|---|---|---|---|---|---|
| Tax | Amount | YTD Amount | Tax | Amount | YTD Amount |
| (PA-LST-230401) HAVERFORD TWP-HAVERFORD TWP S D | 2.00 | 26.00 | Fica MC Employer | 29.33 | 463.09 |
| Federal W/T | 177.15 | 3,580.60 | Fica SS Employer | 125.41 | 1,980.17 |
| Fica Medicare | 29.33 | 463.09 | Pennsylvania SUI Employer | 0.00 | 0.00 |
| Fica Social Security | 125.41 | 1,980.17 | | | |
| PA City of Philadelphia W/T | 79.27 | 1,248.02 | | | |
| Pennsylvania SUI | 1.23 | 19.35 | | | |
| Pennsylvania W/T | 62.10 | 980.52 | | | |
| Employee Total: 476.49 | | | Employer Total: 154.74 | | |

Employee YTD Total: 8,297.75    Employer YTD Total: 2,443.26

Total YTD Taxes: 10,741.01

Deductions:

Employee Deductions

| Deduction | Amount | YTD Amount |
|---|---|---|
| Cigna Standard Plan 125 | 25.00 | 300.00 |
| Lincoln |  | 0.00 |

Employee Total: 25.00
Total Deductions: 25.00
Employee YTD Total: 300.00
Total YTD Deductions: 300.00

Direct Deposits:

| Bank Name | Acct. Number | Routing Number | Amount |
|---|---|---|---|
|  |  |  | 1,546.22 |

| Gross Amount | Total Employee Taxes | Total Deductions | Net Amount | Direct Deposit Amount | Check Amount |
|---|---|---|---|---|---|
| 2,047.71 | 476.49 | 25.00 | 1,546.22 | 1,546.22 | 0.00 |

[Back to all Checks]

© 2001- 2021 Primepoint, LLC.

# Earnings Statement

# EMMA CAMARA

Company: 0PP94 - CHILDREN AND ADULT DISABILITY
AND EDUCATIONAL SERVICES
401 RUTGERS AVENUE
SWARTHMORE  PA  19081    (610) 328-5955

Pay Date: 07/09/2021
Period Start: 06/13/2021
Period End: 06/26/2021

Emp #: A064
Dept: 0020 - Haverford J-1C
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.41 | 80.00 | 1152.80 | 15276.72 |
| Overtime | 21.62 | 65.75 | 1421.19 | 14647.23 |
| Holiday Worked | 0.00 | 0.00 | 0.00 | 695.65 |
| Sick | 0.00 | 0.00 | 0.00 | 274.40 |
| Vacation | 0.00 | 0.00 | 0.00 | 502.20 |
| Holiday | 0.00 | 0.00 | 0.00 | 883.60 |
| Other - Misc | | | 0.00 | 925.00 |
| Vacation Payout | | | 0.00 | 1607.57 |
| **Gross** | | 145.75 | 2573.99 | 34812.37 |
| **W/H Taxes** | | | | |
| Federal W/H(S/2) | | | 291.07 | 3871.67 |
| Medicare | | | 36.98 | 500.07 |
| Social Security | | | 158.05 | 2138.22 |
| Penn. State W/H(S/2) | | | 78.25 | 1058.77 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 98.84 | 1346.86 |
| LST 230401,HAVERFORD TWP | | | 2.00 | 28.00 |
| Pennsylvania UI/HC/WF | | | 1.54 | 20.89 |
| **Deductions** | | | | |
| Medical Cigna Standard | | | 25.00 | 325.00 |
| **Net Pay** | | | 1882.26 | 25522.89 Voucher No. 319918731DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1882.26 | 25522.89 A/C:0139 |

| Earnings Statement | | | | | EMMA CAMARA |
|---|---|---|---|---|---|

Company: 0PP94 - CHILDREN AND ADULT DISABILITY
AND EDUCATIONAL SERVICES
401 RUTGERS AVENUE
SWARTHMORE  PA  19081    (610) 328-5955

Pay Date: 07/23/2021
Period Start: 06/27/2021
Period End: 07/10/2021

Emp #: A064
Dept: 0020 - Haverford J-10
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 14.41 | 68.00 | 979.88 | 16256.60 |
| Overtime | 21.62 | 65.25 | 1410.38 | 16057.61 |
| Holiday Worked | 21.62(*) | 12.00 | 259.44 | 955.09 |
| Sick | 0.00 | 0.00 | 0.00 | 274.40 |
| Vacation | 0.00 | 0.00 | 0.00 | 502.20 |
| Holiday | 14.41 | 8.00 | 115.28 | 998.88 |
| Other - Misc | | | 0.00 | 925.00 |
| Vacation Payout | | | 0.00 | 1607.57 |

*Denotes an override during payroll processing.*

| | | | | |
|---|---|---|---|---|
| **Gross** | | 153.25 | 2764.98 | 37577.35 |
| **W/H Taxes** | | | | |
| Federal W/H(S/2) | | | 333.08 | 4204.75 |
| Medicare | | | 39.73 | 539.80 |
| Social Security | | | 169.88 | 2308.10 |
| Penn. State W/H(S/2) | | | 84.12 | 1142.89 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 106.17 | 1453.03 |
| LST 230401,HAVERFORD TWP | | | 2.00 | 30.00 |
| Pennsylvania UI/HC/WF | | | 1.66 | 22.55 |
| **Deductions** | | | | |
| Medical Cigna Standard | | | 25.00 | 350.00 |
| **Net Pay** | | | 2003.34 | 27526.23 Voucher No. 322730878DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2003.34 | 27526.23 A/C:0139 |