# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         Chapter 13

EMMA SHAW-CAMARA            Bankruptcy No. 21-11914-MDC

6025 WALTON AVENUE

PHILADELPHIA, PA 19143

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
EMMA SHAW-CAMARA

6025 WALTON AVENUE

PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 10/19/2021                                                             /s/ Kenneth E. West

                                                              _____
                                                              Kenneth E. West, Esquire
                                                              Chapter 13 Standing Trustee