```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


                            1/24/2022


To:  ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

                            In re: Emma Shaw-Camara
                            Bankruptcy No. 21-11914-mdc
                            Adversary No.
                            Chapter 13

        Re: Application for Compensation
The above pleading was filed in this office on 12/13/2022.
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

            ()   Affidavit
            ()   Certificate of Service
            (xx) Certification of no response
            ()   Notice pursuant to Rule 9019
            ()   Notice pursuant to Rule 2002
            ()   Notice pursuant to Rule 3007.1
            ()   Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
            ()   Proposed Order
            ()   Stipulation
            ()   Certification of Default
            ()   Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                            Timothy B. McGrath
                            Clerk



                            By:  _____C. Wagner_____
                                      Deputy Clerk

status.frm
(rev. 11/26/2018)
```