United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11914-mdc |
| Emma Shaw-Camara | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 24, 2022 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emma Shaw-Camara, 6025 Walton Avenue, Philadelphia, PA 19143-2307 |
| 14621182 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14624895 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14621187 | | Freedom Credit Union, POB 30177, Tampa, FL 33630-3177 |
| 14631594 | + | PHFA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14631446 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14621194 | + | TD Bank, c/o Weistein & Riley, PS, 2001 Western Ave., Seattle, WA 98121-2163 |
| 14621195 | | Wells Fargo Bank, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14621183 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:48:54 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Management, LLC, POB 41021, Norfolk, VA 23541-1021 |
| 14637544 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 23:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14621185 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 23:42:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14655993 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 23:42:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14621184 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 23:48:54 | Capital One, N.A, c/o Becket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 14621186 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 24 2022 23:41:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14621188 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:48:56 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14621189 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:42:00 | Midland Funding, PO Box 939019, San Diego, CA 92193-9019 |
| 14621190 | | Email/Text: blegal@phfa.org | Feb 24 2022 23:42:00 | PHFA, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105 |
| 14636871 | + | Email/Text: blegal@phfa.org | Feb 24 2022 23:42:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14621191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:48:49 | Portfolio Recovery Assoc., 120 Corporate Blvd., |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 155 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | Norfolk, VA 23502 |
| 14630300 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 24 2022 23:48:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14629919 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 24 2022 23:49:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621192 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 24 2022 23:41:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14622726 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 24 2022 23:42:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14621193 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 24 2022 23:42:00 | Santander Consumer USA, 8585 N. Stemmons Fwy, Suite 1000, Dallas, TX 75247-3800 |
| 14621642 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 24 2022 23:48:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14621457 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 24 2022 23:49:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

**Name**          **Email Address**

KENNETH E. WEST
　　　　　ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
　　　　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
　　　　　on behalf of Creditor PHFA bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
　　　　　USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
　　　　　on behalf of Debtor Emma Shaw-Camara Perlick@verizon.net pireland1@verizon.net

District/off: 0313-2      User: admin      Page 3 of 3
Date Rcvd: Feb 24, 2022      Form ID: 155      Total Noticed: 26
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Emma Shaw−Camara
       Debtor(s)                          Chapter: 13

                                        Bankruptcy No: 21−11914−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 24,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Magdeline D. Coleman
                                                      Chief Judge ,
                                                      United States Bankruptcy Court

                                                                                        32 − 11
                                                                                        Form 155