**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter:  13
Case No:  2111914

In re:  EMMA SHAW-CAMARA

Account Number:  1922

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 4 filed on 08/17/2021 in the amount of $1,127.14 .

On this date 7/5/2022.


By:  /s/ Franklin P. Tharp
     Franklin P. Tharp
     Bankruptcy Representative
     PRA Receivables Management, LLC., as agent of
     Portfolio Recovery Associates LLC.
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@prareceivables.com