Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  Emma Shaw-Camara
CHAPTER: 13
CASE NUMBER: 21-11914

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 9449 in the amount of $5875.31.
3. Docketed by the court on July 23, 2021 Claim number 2.

    You are notified that such proof of claim is hereby withdrawn.

DATED: July 08, 2022

Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President