United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 21-11914-pmm
Emma Shaw-Camara  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jul 19, 2024  Form ID: 138OBJ  Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emma Shaw-Camara, 6025 Walton Avenue, Philadelphia, PA 19143-2307 |
| 14621187 | | Freedom Credit Union, POB 30177, Tampa, FL 33630-3177 |
| 14631594 | + | PHFA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14621194 | + | TD Bank, c/o Weistein & Riley, PS, 2001 Western Ave., Seattle, WA 98121-2163 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14621182 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2024 00:02:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14624895 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 20 2024 00:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14621183 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2024 00:18:29 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Management, LLC, POB 41021, Norfolk, VA 23541-1021 |
| 14637544 | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14621185 | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14655993 | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14621184 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2024 00:18:49 | Capital One, N.A, c/o Becket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 14621186 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2024 00:03:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14845432 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2024 00:03:00 | ECMC, LOCKBOX 8682, PO Box 16478, Saint Paul, MN 55116-0478 |
| 14621188 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2024 00:07:33 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14621189 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2024 00:03:00 | Midland Funding, PO Box 939019, San Diego, CA 92193-9019 |
| 14621190 | | Email/Text: blegal@phfa.org | Jul 20 2024 00:03:00 | PHFA, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105 |
| 14636871 | + | Email/Text: blegal@phfa.org | Jul 20 2024 00:03:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14631446 | ^ | MEBN | Jul 20 2024 00:01:22 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14621191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2024 00:07:53 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14630300 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2024 00:19:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14629919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2024 00:18:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621192 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2024 00:03:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14622726 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2024 00:03:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14621193 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2024 00:03:00 | Santander Consumer USA, 8585 N. Stemmons Fwy, Suite 1000, Dallas, TX 75247-3800 |
| 14621642 | ^ | MEBN | Jul 20 2024 00:01:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14621457 | ^ | MEBN | Jul 20 2024 00:01:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14621195 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 20 2024 00:07:50 | Wells Fargo Bank, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 19, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Emma Shaw-Camara Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 6

Form 138OBJ (6/24)−doc 51 − 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Emma Shaw−Camara ) Case No. 21−11914−pmm
   aka Emma Shaw )
   aka Emma Camara )
   aka Emma Stroud ) Chapter: 13
    )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 19, 2024

For The Court

Timothy B. McGrath
Clerk of Court